# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Northern District of California

Case Number: 23-CV-4557

Plaintiff: **A.T., J.H., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant: **OPENAI LP, OPNEAI INCORPORATED, OPENAI GP, LLC, OPENAI STARUP FUND I, LP, OPENAI STARUP FUND GP I, LLC**

TPM2023005949

For: John Yanchunis
Morgan & Morgan (Tampa)

Received by TAMPA PROCESS on the 14th day of September, 2023 at 9:09 am to be served on **MICROSOFT CORPORATION C/O R/A CORPORATION SERVICE COMPANY, 300 DESCHUTES WAY SOUTHWEST, SUITE 208 MC-CSC1, TUMWATER, WA 98501.** I, _GREG SCHERMERHORN_, do hereby affirm that on the _14th_ day of _SEPT_, 20_23_ at _2:52_ p.m., executed service by delivering a true copy of the **Summons, Application for Admissions of Attorney Pro Hac Vice, Order Setting Initial Case Management Conference and ADR Deadlines and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(X) CORPORATE SERVICE: By serving _ELLEN JONES_ as _RA FOR CORPORATION SERVICE COMPANY, REGISTERED AGENT_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _2928_
Appointed in accordance with State Statutes

**TAMPA PROCESS**
P.O. Box 271986
Tampa, FL 33688
(813) 964-9159

Our Job Serial Number: 2023005949

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n