COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961) (msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone:    +1 310 883 6400
Facsimile:    +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:    +1 858 550-6000
Facsimile:    +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC,
OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I,
LLC and OPENAI STARTUP FUND MANAGEMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PLAINTIFFS A.T., J.H., individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. 3:23-cv-04557-VC<br><br>**NOTICE OF APPEARANCE OF HARRISON B. PARK** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants OpenAI LP[1], OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC ("OpenAI Defendants") file this Notice of Appearance and notify the Court and all parties that Harrison B. Park of the law firm Cooley LLP hereby enters his appearance as counsel of record for the OpenAI Defendants in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

> Harrison B. Park (hpark@cooley.com)
> Cooley LLP
> 3 Embarcadero Center, 20th Floor
> San Francisco, CA  94111-4004
> Telephone:   (415) 693-2000
> Facsimile:    (415) 693-2222

Dated: September 28, 2023            COOLEY LLP

                                     By: /s/ Harrison B. Park
                                         Harrison B. Park

                                     Attorneys for Defendants
                                     OPENAI LP, OPENAI INCORPORATED,
                                     OPENAI GP, LLC, OPENAI STARTUP
                                     FUND I, LP, OPENAI STARTUP FUND GP I,
                                     LLC and OPENAI STARTUP FUND
                                     MANAGEMENT LLC

291035385

---

[1] OpenAI LP recently changed its name to OpenAI OpCo, LLC.