COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone:    +1 310 883 6400
Facsimile:    +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:    +1 858 550-6000
Facsimile:    +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC,
OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I,
LLC and OPENAI STARTUP FUND MANAGEMENT LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PLAINTIFFS A.T., J.H., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-04557-VC<br><br>**OPENAI LP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

OpenAI LP recently changed its name to OpenAI OpCo, LLC.  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI OpCo, LLC states that it is a subsidiary of OpenAI Global, LLC and that Microsoft Corporation has an ownership interest of 10% or more in OpenAI Global, LLC.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, the undersigned is not aware of any persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: September 28, 2023                    COOLEY LLP


By:  /s/ Matthew D. Brown
        Matthew D. Brown

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED,
OPENAI GP, LLC, OPENAI STARTUP
FUND I, LP, OPENAI STARTUP FUND GP I,
LLC and OPENAI STARTUP FUND
MANAGEMENT LLC