Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| A.T., et al., individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>     v.<br><br>OPENAI LP, et al.<br><br>                          Defendants. | Civil Case No.: 3:23-cv-04557-VC<br><br>**NOTICE OF APPEARANCE OF EMILY JOHNSON HENN**<br><br>Judge: The Honorable Vince Chhabria |
|---|---|

<u>NOTICE OF APPEARANCE OF</u>

<u>EMILY JOHNSON HENN AS COUNSEL FOR MICROSOFT CORPORATION</u>

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Emily Johnson Henn of the law firm Covington & Burling LLP, located at 3000 El Camino Real, 5 Palo Alto Square, 10th Floor, Palo Alto, CA 94306, telephone number (650) 632-4700, facsimile number (650) 632-4800, email address ehenn@cov.com, hereby enters an appearance in this matter on behalf of Defendant Microsoft Corporation.  Ms. Henn hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  September 29, 2023				Respectfully submitted,

					By:	*/s/ Emily Johnson Henn*
						Emily Johnson Henn (Bar No. 269482)
						Kathryn E. Cahoy (Bar No. 298777)
						COVINGTON & BURLING LLP
						3000 El Camino Real
						5 Palo Alto Square, 10th Floor
						Palo Alto, California 94306
						Telephone: + 1 (650) 632-4700
						Facsimile: + 1 (650) 632-4800
						Email: ehenn@cov.com
						Email: kcahoy@cov.com

						Ashley M. Simonsen (Bar No. 275203)
						COVINGTON & BURLING LLP
						1999 Avenue of the Stars
						Los Angeles, California 90067
						Telephone: + 1 (424) 332-4800
						Facsimile: + 1 (424) 332-4749
						Email: asimonsen@cov.com

						Isaac D. Chaput (Bar No. 326923)
						COVINGTON & BURLING LLP
						Salesforce Tower
						415 Mission Street, Suite 5400
						San Francisco, California 94105
						Telephone: + 1 (415) 591-6000

Facsimile: + 1 (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendant Microsoft Corporation*