Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>OPENAI LP, et al.<br><br>    Defendants. | Civil Case No.: 3:23-cv-04557-VC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge: The Honorable Vince Chhabria |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs, Defendant Microsoft Corporation, and Defendants OpenAI LP, OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC (collectively, "OpenAI Defendants"), by and through their respective counsel, stipulate as follows:

On September 5, 2023, Plaintiffs filed a Complaint (Dkt. No. 1) against Microsoft and the OpenAI Defendants in this Court;

Plaintiffs have served the Complaint on Microsoft, and the OpenAI Defendants have agreed to accept service of the Complaint;

Plaintiffs agree to extend Microsoft's and the OpenAI Defendants' time to respond to the Complaint to December 4, 2023;

The Parties have not sought any previous extensions of this deadline; and

This extension will not alter the date of any event or deadline previously fixed by the Court;

NOW THEREFORE, Plaintiffs, Microsoft, and the OpenAI Defendants hereby stipulate that Microsoft's and the OpenAI Defendants' time to respond to the Complaint is extended to and including December 4, 2023.

DATED:  September 29, 2023

Respectfully submitted,

By:  */s/ Isaac D. Chaput*

Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067

Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendant Microsoft Corporation*

DATED:  September 29, 2023                    COOLEY LLP

By:  */s/ Matthew D. Brown*
    Matthew D. Brown

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and OPENAI STARTUP FUND MANAGEMENT LLC

DATED:  September 29, 2023                    MORGAN & MORGAN COMPLEX LITIGATION GROUP

By:  */s/ Ryan J. McGee*
    Ryan J. McGee (*pro hac vice*)

## FILER'S ATTESTATION

In accordance with Civil Local Rule 5-1(h)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

DATED: September 29, 2023        */s/ Isaac D. Chaput*
                                 Isaac D. Chaput