COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone:     +1 310 883 6400
Facsimile:     +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:     +1 858 550-6000
Facsimile:     +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC,
OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I,
LLC and OPENAI STARTUP FUND MANAGEMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., J.H., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-04557-VC<br><br>**JOINT ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS**<br><br>Judge Vince Chhabria<br>Date Action Filed: September 5, 2023<br>No Hearing Date pursuant to L.R. 7-11(c) |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiffs A.T. and J.H. (collectively, "Plaintiffs"), Defendants OpenAI LP, OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC (collectively, the "OAI Defendants"), and Defendant Microsoft Corporation (collectively with Plaintiffs and the OAI Defendants, the "Parties"), by and through their respective attorneys of record, hereby move the Court for an order to enlarge the page limits in connection with the briefing related to OAI Defendants' forthcoming Motion to Dismiss the Complaint (the "OAI Motion").

The OAI Defendants' and Microsoft's motions to dismiss are due by December 4, 2023. (ECF No. 34.)  The OAI Defendants seek to enlarge the limit for the OAI Motion to thirty pages, which is an additional fifteen pages above the fifteen-page limit applicable under this Court's Standing Order.  *See* Standing Order for Civil Cases Before Judge Vince Chhabria ¶ 35.  The Complaint raises 11 claims, spans 121 pages, and contains 493 paragraphs.  (ECF No. 1.)  Given these extensive allegations, the OAI Defendants require additional space to present their legal positions adequately and thoroughly.

For the same reasons, the Parties further seek to enlarge the limit for (1) any response brief to the OAI Motion filed by Plaintiffs from fifteen pages to thirty pages and (2) for any reply brief in support of the OAI Motion from ten pages to fifteen pages.  The requested page limit enlargements exclude the title page, table of contents, table of authorities, and any exhibits.

The Parties do not seek enlargement of the page limits in connection with the briefing related to Microsoft's forthcoming Motion to Dismiss the Complaint.

Counsel for all Parties have met and conferred, and all consent to and join this motion.  The Parties respectfully submit that there is good cause to grant their request.

Dated: November 15, 2023

COOLEY LLP

By: */s/ Bethany C. Lobo*
    Bethany C. Lobo

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED,
OPENAI GP, LLC, OPENAI STARTUP
FUND I, LP, OPENAI STARTUP FUND GP I,
LLC and OPENAI STARTUP FUND
MANAGEMENT LLC

Dated: November 15, 2023

COVINGTON & BURLING LLP

By: */s/ Isaac D. Chaput*
    Isaac D. Chaput
Attorneys for Defendant
MICROSOFT CORPORATION

Dated: November 15, 2023

MORGAN & MORGAN COMPLEX
LITIGATION GROUP

By: */s/ Ryan J. McGee*
    Ryan J. McGee

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1 (h)(3)

In accordance with Civil Local Rule 5-1(h)(3), I hereby attest that I have obtained the

concurrence of all other signatories in the filing of this document

Dated: November 15, 2023        */s/ Bethany C. Lobo*
                                Bethany Lobo