COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone:   +1 310 883 6400
Facsimile:    +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:   +1 858 550-6000
Facsimile:    +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC,
OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I,
LLC and OPENAI STARTUP FUND MANAGEMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., J.H., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-04557-VC<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS**<br><br>Judge Vince Chhabria<br>Date Action Filed: September 5, 2023<br>No Hearing Date pursuant to L.R. 7-11(c) |

**[PROPOSED] ORDER**

On November 15, 2023, Plaintiffs A.T. and J.H. (collectively, "Plaintiffs"), Defendants OpenAI LP, OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC (collectively, the "OAI Defendants"), and Defendant Microsoft Corporation (collectively with Plaintiffs and the OAI Defendants, "the Parties"), filed a Joint Administrative Motion to Exceed Page Limits pursuant to Civil Local Rule 7-11.  The Court, having considered the papers and pleadings on file, and good cause appearing, **HEREBY GRANTS** the motion.

**IT IS ORDERED THAT** the OAI Defendants may file a brief in support of their forthcoming Motion to Dismiss not to exceed thirty pages, Plaintiffs may file a brief in opposition to the OAI Defendants' Motion to Dismiss not to exceed thirty pages, and the OAI Defendants may file a reply brief in support of their Motion to Dismiss not to exceed fifteen pages.  These page limits exclude the title page, table of contents, table of authorities, and any exhibits.  The page limits on Microsoft's forthcoming Motion to Dismiss shall remain unchanged.

**SO ORDERED.**

Date:_____

_____
Hon. Vince Chhabria
United States District Court Judge