COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961) (msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone:    +1 310 883 6400
Facsimile:    +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:    +1 858 550-6000
Facsimile:    +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI
STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC and OPENAI
STARTUP FUND MANAGEMENT LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., J.H., individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No. 3:23-cv-04557-VC<br><br>**DECLARATION OF BETHANY C. LOBO IN SUPPORT OF STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge Vince Chhabria<br>Date Action Filed: September 5, 2023 |

I, Bethany C. Lobo, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California.  I am a partner with the law firm of Cooley LLP, counsel of record for Defendants OpenAI LP, OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC (collectively, the "OpenAI Defendants").  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      My colleagues and I have conferred with counsel for Plaintiffs A.T. and J.H. ("Plaintiffs") and counsel for Defendant Microsoft Corporation ("Microsoft") (collectively with the OpenAI Defendants, the "Parties").  Counsel for Plaintiffs and Microsoft both advised that they join in this stipulation.

3.      The Parties agree that good cause exists to move the Case Management Conference.  Both the OpenAI Defendants and Microsoft will file motions to dismiss on December 4, 2023.  The Case Management Conference is currently set for December 8, 2023, before briefing on the motions to dismiss will be completed.

4.      There has only been one case schedule modification in this case.  The Parties stipulated to extend the time for the OpenAI Defendants and Microsoft to respond to the complaint under Civil Local Rule 6-1(a). (*See* Dkt. No. 34.)

5.      Moving the date of the Case Management Conference will not affect any other dates in the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of November 2023, at San Francisco, California.


*/s/ Bethany C. Lobo*
Bethany C. Lobo

LOBO DECLARATION IN SUPPORT OF STIPULATION TO
CONTINUE CMC
(CASE NO. 3:23-CV-04557-VC)