COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone: +1 310 883 6400
Facsimile: +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550-6000
Facsimile: +1 858 550-6420
Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI
STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC and
OPENAI STARTUP FUND MANAGEMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., J.H., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-04557-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AS MODIFIED**<br><br>Date Action Filed: September 5, 2023 |

Pursuant to Civil Local Rule 6-2, Plaintiffs A.T. and J.H. (collectively, "Plaintiffs"), Defendants OpenAI LP, OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC (collectively, the "OpenAI Defendants"), and Defendant Microsoft Corporation (collectively with Plaintiffs and the OpenAI Defendants, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

**WHEREAS**, there is currently a Case Management Conference scheduled to take place on December 8, 2023 at 10:00 a.m. (ECF No. 13);

**WHEREAS**, the OpenAI Defendants and Microsoft intend to file motions to dismiss the complaint filed by Plaintiffs (ECF No. 1) on December 4, 2023;

**WHEREAS**, the OpenAI Defendants and Microsoft represent that the forthcoming motions to dismiss seek dispositive resolution of the entire case;

**WHEREAS**, the Parties agree that it will be more efficient and productive to move the initial case management conference to 15 days after the hearing on those motions, as provided in Paragraph 14 of the Court's Standing Order for Civil Cases; and

**WHEREAS**, the Parties have not previously requested an extension of the Case Management Conference and, if granted, this extension will not affect any other case deadlines.

**NOW, THEREFORE**, the Parties stipulate to the following, subject to the Court's approval:

1. The Case Management Conference will take place no fewer than 15 days after the hearing on the motion to dismiss, on a date convenient for the Court. The conference will be scheduled after the hearing date on the OpenAI Defendants' and Microsoft's forthcoming motions to dismiss is set.

2. The Parties' joint case management statement shall be due one week in advance of the rescheduled Case Management Conference.

Dated: November 20, 2023                                  COOLEY LLP


                                                          By: */s/ Bethany C. Lobo*
                                                              Bethany C. Lobo

                                                          Attorneys for Defendants
                                                          OPENAI LP, OPENAI INCORPORATED, OPENAI
                                                          GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI
                                                          STARTUP FUND GP I, LLC and OPENAI
                                                          STARTUP FUND MANAGEMENT LLC

Dated: November 20, 2023                                  COVINGTON & BURLING LLP


                                                          By: */s/ Isaac Chaput*
                                                              Isaac Chaput

                                                          Attorneys for Defendant
                                                          MICROSOFT CORPORATION

Dated: November 20, 2023                                  MORGAN & MORGAN COMPLEX LITIGATION
                                                          GROUP


                                                          By: */s/ Ryan J. McGee*
                                                              Ryan J. McGee

                                                          Attorneys for Plaintiffs
                                                          A.T. and J.H.

## FILER'S ATTESTATION

In accordance with Civil Local Rule 5-1(h)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: November 20, 2023                  By: */s/ Bethany C. Lobo*
                                              Bethany C. Lobo

**[~~PROPOSED~~] ORDER AS MODIFIED**

Pursuant to the Parties' Stipulation and for good cause appearing, the Court hereby orders that the Case Management Conference currently scheduled to take place on December 8, 2023, at 10:00 a.m. is rescheduled to February 9, 2024 at 10:00AM. The hearing on the motion to dismiss is scheduled for January 18, 2024 at 10:00AM. The Parties' joint case management statement shall be due one week in advance of the Case Management Conference.

Dated: __November 29, 2023__



Honorable
United States

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria