Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Isaac D. Chaput (Bar No. 326923)
Alexander Setzepfandt (Bar No. 340207)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: ichaput@cov.com
Email: asetzepfandt@cov.com

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendant Microsoft Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PLAINTIFFS A.T., J.H., individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>    Defendants. | Civil Case No.: 3:23-cv-4557-VC<br><br>**DEFENDANT MICROSOFT CORPORATION'S NOTICE OF JOINDER IN OPENAI DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date: January 18, 2024<br>Time: 10:00 a.m.<br>Place: Courtroom 4<br>Judge: The Honorable Vince Chhabria |

**PLEASE TAKE NOTICE** that Defendant Microsoft Corporation hereby joins in the OpenAI Defendants' Motion to Dismiss the Complaint filed by Plaintiffs A.T., J.H. (ECF No. 40). By way of this joinder, Microsoft hereby adopts and incorporates by reference each of the arguments and authorities set forth in the OpenAI Defendants' Motion to Dismiss. For the reasons stated therein, the Court should dismiss all claims against Defendants with prejudice.

| | |
|---|---|
| DATED: December 4, 2023 | Respectfully submitted, |
| | /s/ Isaac D. Chaput |
| | Emily Johnson Henn (Bar No. 269482)<br>Kathryn E. Cahoy (Bar No. 298777)<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 632-4700<br>Facsimile: (650) 632-4800<br>Email: ehenn@cov.com<br>Email: kcahoy@cov.com |
| | Ashley M. Simonsen (Bar No. 275203)<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars<br>Los Angeles, California 90067<br>Telephone: + 1 (424) 332-4800<br>Facsimile: + 1 (424) 332-4749<br>Email: asimonsen@cov.com |
| | Isaac D. Chaput (Bar No. 326923)<br>Alexander Setzepfandt (Bar No. 340207)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105<br>Telephone: + 1 (415) 591-6000<br>Facsimile: + 1 (415) 591-6091<br>Email: ichaput@cov.com<br>Email: asetzepfandt@cov.com |
| | *Attorneys for Defendant Microsoft Corporation* |