COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446)
(amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone:   +1 310 883 6400
Facsimile:   +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:   +1 858 550-6000
Facsimile:   +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC,
OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP
I, LLC and OPENAI STARTUP FUND MANAGEMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., J.H., individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 3:23-cv-04557-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULE FOR BRIEFING AND HEARING REGARDING DEFENDANTS' MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed: September 5, 2023 |

Pursuant to Civil Local Rule 6-2, Plaintiffs A.T. and J.H. (collectively, "Plaintiffs"), Defendants OpenAI LP, OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC (collectively, the "OpenAI Defendants"), and Defendant Microsoft Corporation (collectively with Plaintiffs and the OpenAI Defendants, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

**WHEREAS**, on November 20, 2023, the Parties filed a stipulation (ECF No. 37) proposing that the Court reschedule the Case Management Conference in the above-captioned action to take place no fewer than fifteen (15) days after the hearing on the motions to dismiss Plaintiffs' Complaint (ECF No. 1) filed by the OpenAI Defendants and Microsoft (collectively, "Defendants");

**WHEREAS**, the Court issued an order on November 29, 2023, rescheduling the Case Management Conference to February 9, 2024 at 10:00 AM and scheduling the hearing on Defendants' motions to dismiss for January 18, 2024 at 10:00 AM (ECF No. 38);

**WHEREAS**, Defendants filed their respective motions to dismiss on December 4, 2023 (ECF Nos. 39, 40);

**WHEREAS**, the Parties have conferred and agree that, given the complexity of the issues in this case, Plaintiffs will require additional time to prepare their oppositions to Defendants' motions to dismiss and Defendants will require additional time to prepare their replies in support of their motions to dismiss;

**WHEREAS**, the Parties further agree that, if the Court approves the extended stipulated briefing deadlines, it will be necessary to reschedule the current dates set by the Court for the hearing on Defendants' motions to dismiss and the Case Management Conference, as provided in

Paragraph 14 of the Court's Standing Order for Civil Cases;

**WHEREAS**, the Parties previously requested one extension of the Case Management Conference (ECF No. 37), which the Court granted (ECF No. 38);

**WHEREAS**, the Court has not stated that it will decline to grant further continuances of the Case Management Conference; and

**WHEREAS**, if the Court grants this further extension, it will not affect any other case deadlines.

**NOW, THEREFORE**, the Parties stipulate to the following, subject to the Court's approval:

1. Plaintiffs' oppositions to Defendants' pending motions to dismiss shall be due no later than January 8, 2024.

2. Defendants' replies in support of the pending motions to dismiss shall be due no later than January 29, 2024.

3. The hearing on the pending motions to dismiss shall be scheduled for February 15, 2024 at 10:00 AM.

4. The Parties' joint case management statement shall be due no later than February 23, 2024.

5. The Case Management Conference shall be scheduled for March 1, 2024 at 10:00 AM.

Dated: December 8, 2023                              COOLEY LLP


                                                     By: */s/ Bethany C. Lobo*
                                                         Bethany C. Lobo

                                                     Attorneys for Defendants
                                                     OPENAI LP, OPENAI INCORPORATED,
                                                     OPENAI GP, LLC, OPENAI STARTUP
                                                     FUND I, LP, OPENAI STARTUP FUND GP
                                                     I, LLC and OPENAI STARTUP FUND
                                                     MANAGEMENT LLC

Dated: December 8, 2023                              COVINGTON & BURLING LLP


                                                     By: */s/ Isaac Chaput*
                                                         Isaac Chaput

                                                     Attorneys for Defendant
                                                     MICROSOFT CORPORATION

Dated: December 8, 2023                              MORGAN & MORGAN COMPLEX
                                                     LITIGATION GROUP


                                                     By: */s/ Ryan J. McGee*
                                                         Ryan J. McGee

                                                     Attorneys for Plaintiffs
                                                     A.T. and J.H.

**FILER'S ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated:  December 8, 2023                             By: */s/ Bethany C. Lobo*
                                                         Bethany C. Lobo

## [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and for good cause appearing, the Court hereby orders as follows:

1. Plaintiffs' oppositions to Defendants' pending motions to dismiss shall be due no later than January 8, 2024.

2. Defendants' replies in support of their pending motions to dismiss shall be due no later than January 29, 2024.

3. The hearing on the pending motions to dismiss shall be scheduled for February 15, 2024 at 10:00 AM.

4. The Parties' joint case management statement shall be due no later than February 23, 2024.

5. The Case Management Conference shall be scheduled for March 1, 2024 at 10:00 AM.

Dated: _____     _____
                                           Honorable Vince Chhabria
                                           United States District Court Judge