COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone:    +1 310 883 6400
Facsimile:    +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:    +1 858 550-6000
Facsimile:    +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC,
OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I,
LLC and OPENAI STARTUP FUND MANAGEMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., J.H., individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No. 3:23-cv-04557-VC<br><br>**DECLARATION OF BETHANY C. LOBO IN SUPPORT OF STIPULATION TO MODIFY SCHEDULE FOR BRIEFING AND HEARING REGARDING DEFENDANTS' MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Judge Vince Chhabria<br>Date Action Filed: September 5, 2023 |

I, Bethany C. Lobo, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner with the law firm of Cooley LLP, counsel of record for Defendants OpenAI LP, OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC (collectively, the "OpenAI Defendants"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. My colleagues and I have conferred with counsel for Plaintiffs A.T. and J.H. ("Plaintiffs") and counsel for Defendant Microsoft Corporation ("Microsoft") (collectively with the OpenAI Defendants, the "Parties"). Counsel for Plaintiffs and Microsoft both advised that they join in this stipulation.

3. The hearing on the motions to dismiss is currently set for January 18, 2024 at 10:00 AM and the Case Management Conference is currently set for February 9, 2024 at 10:00 AM. (ECF No. 38.)

4. The Parties agree that good cause exists to modify the deadline for Plaintiffs' oppositions to Defendants' pending motions to dismiss the Complaint, modify the deadline for Defendants' replies in support of the pending motions to dismiss, move the hearing on the motions to dismiss, and move the Case Management Conference.

5. There have been two case schedule modifications in this case. First, the Parties stipulated to extend the time for the OpenAI Defendants and Microsoft to respond to the complaint under Civil Local Rule 6-1(a). (ECF No. 34.) Second, the Parties stipulated to move the Case Management Conference (ECF No. 37), which the Court granted (ECF No. 38).

6. Modifying the schedule for further briefing regarding Defendants' pending motions to dismiss and moving the dates of the hearing on the motions to dismiss and the Case Management Conference will not affect any other dates in the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of December 2023, at San Francisco, California.

_____
Bethany C. Lobo