| Misappropriated Content - Representative List of Websites ||
|---|---|
| 1 | com.googleapis |
| 2 | com.facebook |
| 3 | com.google |
| 4 | com.twitter |
| 5 | com.youtube |
| 6 | org.wordpress |
| 7 | org.gmpg |
| 8 | com.instagram |
| 9 | com.linkedin |
| 10 | com.wordpress |
| 11 | com.gravatar |
| 12 | org.wikipedia |
| 13 | com.pinterest |
| 14 | com.bootstrapcdn |
| 15 | com.apple |
| 16 | com.vimeo |
| 17 | com.googleblog.developers |
| 18 | com.amazon |
| 19 | com.adobe |
| 20 | com.microsoft |
| 21 | com.tumblr |
| 22 | com.macromedia |
| 23 | com.yahoo |
| 24 | com.googletagmanager |
| 25 | com.amazon.aws |
| 26 | com.paypal |
| 27 | com.cloudflare |
| 28 | com.flickr |
| 29 | org.mozilla |
| 30 | com.github |
| 31 | com.googleusercontent |
| 32 | com.weebly |
| 33 | org.w3 |
| 34 | org.creativecommons |
| 35 | com.soundcloud |
| 36 | com.google.marketingplatform |
| 37 | com.imgur |
| 38 | com.gstatic |
| 39 | com.mailchimp |
| 40 | com.myspace |
| 41 | com.medium |
| 42 | net.slideshare |

| 43 | com.github.pages |
|----|------------------|
| 44 | com.wsj |
| 45 | co.t |
| 46 | com.reuters |
| 47 | org.apache |
| 48 | org.npr |
| 49 | com.appspot |
| 50 | com.jquery |
| 51 | com.android |
| 52 | com.cnbc |
| 53 | com.issuu |
| 54 | com.cnn.edition |
| 55 | com.dotdashmeredith |
| 56 | com.nytimes |
| 57 | com.yelp |
| 58 | com.spotify.open |
| 59 | com.wix |
| 60 | com.tripadvisor |
| 61 | org.gnu |
| 62 | org.wikimedia |
| 63 | edu.washington |
| 64 | net.cloudfront |
| 65 | com.oracle |
| 66 | org.python |
| 67 | org.chromium |
| 68 | org.ietf |
| 69 | com.huffpost |
| 70 | edu.ucla |
| 71 | edu.princeton |
| 72 | com.slate |
| 73 | com.reddit |
| 74 | com.mysql |
| 75 | com.ytimg |
| 76 | com.bing |
| 77 | com.dropbox |
| 78 | com.pixabay |
| 79 | com.nbcnews |
| 80 | com.forbes |
| 81 | gov.loc |
| 82 | com.googlecode |
| 83 | org.archive |
| 84 | com.foursquare |
| 85 | net.sourceforge |

| 86  | com.go                   |
| 87  | edu.gatech               |
| 88  | com.theguardian          |
| 89  | org.schema               |
| 90  | com.example              |
| 91  | com.hubspot              |
| 92  | com.squarespace          |
| 93  | com.paypalobjects        |
| 94  | com.mashable             |
| 95  | com.steampowered.store   |
| 96  | gov.fda                  |
| 97  | net.fbcdn                |
| 98  | com.tinypic              |
| 99  | com.variety              |
| 100 | org.nodejs               |
| 101 | edu.stanford             |
| 102 | com.dribbble             |
| 103 | com.godaddy              |
| 104 | com.tinyurl              |
| 105 | com.businessinsider      |
| 106 | edu.utah                 |
| 107 | edu.illinois             |
| 108 | com.imdb                 |
| 109 | com.washingtonpost       |
| 110 | /chrome/com.google       |
| 111 | edu.mit                  |
| 112 | com.typepad              |
| 113 | com.techcrunch           |
| 114 | org.sciencemag           |
| 115 | org.eclipse              |
| 116 | com.addthis              |
| 117 | net.akamaihd             |
| 118 | com.nike                 |
| 119 | com.bloomberg            |
| 120 | dev.amp                  |
| 121 | edu.harvard              |
| 122 | com.hbo                  |
| 123 | com.cnet                 |
| 124 | com.chron                |
| 125 | com.jetbrains            |
| 126 | edu.tamu                 |
| 127 | com.etsy                 |
| 128 | com.sap                  |

| | |
|---|---|
| 129 | com.wikidot |
| 130 | com.libsyn |
| 131 | com.wired |
| 132 | com.aol |
| 133 | com.twimg |
| 134 | com.usatoday |
| 135 | com.cc |
| 136 | io.codepen |
| 137 | com.cdbaby |
| 138 | org.virtualbox |
| 139 | edu.berkeley |
| 140 | google.blog |
| 141 | com.discogs |
| 142 | com.time |
| 143 | com.shopify |
| 144 | com.images-amazon |
| 145 | gov.nih |
| 146 | com.bbc |
| 147 | com.quora |
| 148 | org.martech |
| 149 | com.ibm |
| 150 | gov.nasa |
| 151 | com.photobucket |
| 152 | com.eventbrite |
| 153 | com.theverge |
| 154 | edu.cornell |
| 155 | com.git-scm |
| 156 | com.livejournal |
| 157 | com.msn |
| 158 | com.strikingly |
| 159 | com.mapquest |
| 160 | com.yellowpages |
| 161 | org.rubyonrails |
| 162 | com.latimes |
| 163 | org.kernel |
| 164 | /about/gmail/com.google |
| 165 | edu.utexas |
| 166 | com.microsoft.dotnet |
| 167 | com.stackoverflow |
| 168 | com.buzzfeed |
| 169 | com.meetup |
| 170 | com.ebay |
| 171 | com.staticflickr |

| 172 | com.npmjs |
|-----|-----------|
| 173 | io.itch |
| 174 | com.ted |
| 175 | org.aarp |
| 176 | com.opera |
| 177 | net.codecanyon |
| 178 | com.google.accounts |
| 179 | com.cbsnews |
| 180 | com.scribd |
| 181 | com.neilpatel |
| 182 | com.springer |
| 183 | net.php |
| 184 | com.zdnet |
| 185 | com.angi |
| 186 | com.nypost |
| 187 | com.venturebeat |
| 188 | com.theatlantic |
| 189 | com.fortune |
| 190 | com.livestream |
| 191 | com.surveymonkey |
| 192 | com.vice |
| 193 | com.clicky |
| 194 | net.daringfireball |
| 195 | com.sonatype.central |
| 196 | blog.github |
| 197 | org.arxiv |
| 198 | com.digg |
| 199 | gov.whitehouse |
| 200 | com.wiley |
| 201 | com.arstechnica |
| 202 | org.mediawiki |
| 203 | com.kickstarter |
| 204 | com.jsbin |
| 205 | com.ft |
| 206 | com.citysearch |
| 207 | com.hp |
| 208 | gov.ftc |
| 209 | gov.cdc |
| 210 | com.zendesk |
| 211 | com.unsplash |
| 212 | com.disqus |
| 213 | net.behance |
| 214 | com.salesforce |

| 215 | com.prnewswire |
|---|---|
| 216 | org.pbs |
| 217 | com.entrepreneur |
| 218 | edu.yale |
| 219 | com.inc |
| 220 | com.wikihow |
| 221 | com.dropboxusercontent |
| 222 | com.nationalgeographic |
| 223 | com.foxnews |
| 224 | com.fandom |
| 225 | com.naturalnews |
| 226 | com.deviantart |
| 227 | com.vistaprint |
| 228 | org.acm |
| 229 | com.hootsuite |
| 230 | edu.purdue |
| 231 | gov.ca |
| 232 | com.stumbleupon |
| 233 | edu.psu |
| 234 | org.un |
| 235 | com.cisco |
| 236 | edu.ucsd |
| 237 | com.giphy |
| 238 | com.economist |
| 239 | com.wufoo |
| 240 | com.gizmodo |
| 241 | com.dailymotion |
| 242 | gov.fbi |
| 243 | com.office |
| 244 | org.aclweb |
| 245 | com.constantcontact |
| 246 | com.businesswire |
| 247 | com.skype |
| 248 | org.amnesty |
| 249 | com.nature |
| 250 | edu.columbia |
| 251 | org.postgresql |
| 252 | org.tigris |
| 253 | com.storify |
| 254 | com.vanityfair |
| 255 | com.placeholder |
| 256 | com.yarnpkg |
| 257 | com.oreilly |

| 258 | com.snapchat |
|-----|-----|
| 259 | edu.upenn |
| 260 | com.googledrive |
| 261 | com.qz |
| 262 | com.evernote |
| 263 | com.lycos.tripod |
| 264 | google.opensource |
| 265 | int.who |
| 266 | com.intel |
| 267 | com.sublimetext |
| 268 | com.shutterstock |
| 269 | org.ieee |
| 270 | gov.uspto |
| 271 | io.sniply |
| 272 | com.bandsintown |
| 273 | com.bandcamp |
| 274 | com.statista |
| 275 | com.goodreads |
| 276 | com.bizcommunity |
| 277 | com.engadget |
| 278 | org.eff |
| 279 | com.trello |
| 280 | org.hbr |
| 281 | com.psychologytoday |
| 282 | com.upwork |
| 283 | com.samsung |
| 284 | org.gnupg |
| 285 | edu.northwestern |
| 286 | com.smugmug |
| 287 | com.stackexchange |
| 288 | org.khanacademy |
| 289 | com.ning |
| 290 | com.thenextweb |
| 291 | com.weather |
| 292 | com.timeanddate |
| 293 | com.pexels |
| 294 | com.manta |
| 295 | com.mysanantonio |
| 296 | co.vine |
| 297 | com.speakerdeck |
| 298 | com.billboard |
| 299 | com.marketwatch |
| 300 | com.sciencedaily |

| | |
|---|---|
| 301 | com.thinkwithgoogle |
| 302 | com.digitaljournal |
| 303 | org.thenai |
| 304 | com.pcworld |
| 305 | com.posterous |
| 306 | com.pcmag |
| 307 | com.mckinsey |
| 308 | com.blackberry |
| 309 | org.unesco |
| 310 | gov.noaa |
| 311 | com.airbnb |
| 312 | com.istockphoto |
| 313 | com.githubusercontent |
| 314 | org.owasp |
| 315 | com.bleacherreport |
| 316 | org.joomla |
| 317 | com.netflix |
| 318 | edu.utep |
| 319 | com.googleadservices |
| 320 | com.merchantcircle |
| 321 | org.bbb |
| 322 | com.bizjournals |
| 323 | com.merriam-webster |
| 324 | com.rawgit |
| 325 | edu.usc |
| 326 | gov.sec |
| 327 | com.vagrantup |
| 328 | com.sfgate |
| 329 | com.imageshack |
| 330 | com.lifehacker |
| 331 | com.sxsw |
| 332 | net.boingboing |
| 333 | com.americanexpress |
| 334 | com.moz |
| 335 | net.openid |
| 336 | com.indiegogo |
| 337 | com.microsoft.support |
| 338 | com.people |
| 339 | edu.jhu |
| 340 | org.drupal |
| 341 | com.nfl |
| 342 | gov.usgs |
| 343 | com.fc2 |

| 344 | com.socialmediaexaminer |
| 345 | com.mcafee |
| 346 | com.twitpic |
| 347 | com.booking |
| 348 | com.bitly |
| 349 | com.w3schools |
| 350 | com.boston |
| 351 | com.squareup |
| 352 | com.technologyreview |
| 353 | com.gumroad |
| 354 | com.redhat |
| 355 | com.hulu |
| 356 | gov.nist |
| 357 | com.discovery |
| 358 | gov.nps |
| 359 | com.politico |
| 360 | com.zoho |
| 361 | com.ehow |
| 362 | com.cbs |
| 363 | com.whitepages |
| 364 | org.icann |
| 365 | org.doi |
| 366 | net.researchgate |
| 367 | org.gnome |
| 368 | com.hubpages.discover |
| 369 | com.nielsen |
| 370 | com.histats |
| 371 | com.gofundme |
| 372 | com.mtv |
| 373 | gov.copyright |
| 374 | com.sciencedirect |
| 375 | nl.doxygen |
| 376 | us.icio |
| 377 | com.slack |
| 378 | edu.academia |
| 379 | com.pingdom |
| 380 | com.java |
| 381 | edu.alamo |
| 382 | edu.unc |
| 383 | com.sitelock |
| 384 | com.adweek |
| 385 | gov.nyc |
| 386 | org.vim |

| 387 | edu.cuny |
|-----|----------|
| 388 | com.nba |
| 389 | com.ibm.video |
| 390 | com.udemy |
| 391 | edu.cmu |
| 392 | com.mentalfloss |
| 393 | com.fiverr |
| 394 | com.webmd |
| 395 | com.questionpro |
| 396 | gov.fcc |
| 397 | edu.wisc |
| 398 | org.postimg |
| 399 | edu.umich |
| 400 | com.eepurl |
| 401 | com.deloitte |
| 402 | com.messenger |
| 403 | com.gamespot |
| 404 | org.whatbrowser |
| 405 | io.jenkins |
| 406 | gov.senate |
| 407 | com.hollywoodreporter |
| 408 | com.vox |
| 409 | com.att |
| 410 | com.lycos.angelfire |
| 411 | com.techrepublic |
| 412 | com.ikea |
| 413 | com.prezi |
| 414 | com.adage |
| 415 | com.whatsapp |
| 416 | com.flipboard |
| 417 | com.fastcompany |
| 418 | com.dezeen |
| 419 | com.mixcloud |
| 420 | com.vogue |
| 421 | com.creativebloq |
| 422 | com.udacity |
| 423 | net.jsfiddle |
| 424 | com.findlaw |
| 425 | com.superpages |
| 426 | com.hackernoon |
| 427 | com.broadcom |
| 428 | org.unicode |
| 429 | com.healthgrades |

| 430 | com.spreadshirt |
|-----|-----------------|
| 431 | com.searchengineland |
| 432 | com.avvo |
| 433 | com.curbed |
| 434 | gov.defense |
| 435 | gov.census |
| 436 | business/com.google |
| 437 | org.worldbank |
| 438 | tv.twitch |
| 439 | com.scientificamerican |
| 440 | com.smashingmagazine |
| 441 | org.aiga |
| 442 | com.prweb |
| 443 | com.homeadvisor |
| 444 | google.deepmind |
| 445 | org.weforum |
| 446 | com.sophos |
| 447 | org.spie |
| 448 | org.coursera |
| 449 | com.getbootstrap |
| 450 | com.ycombinator |
| 451 | com.xkcd |
| 452 | com.bigcartel |
| 453 | gov.state |
| 454 | com.itsnicethat |
| 455 | com.myshopify |
| 456 | gov.usda |
| 457 | edu.ucdavis |
| 458 | com.autodesk |
| 459 | com.css-tricks |
| 460 | edu.ncsu |
| 461 | com.playstation |
| 462 | io.material.m3 |
| 463 | gov.justice |
| 464 | com.gartner |
| 465 | com.target |
| 466 | edu.arizona |
| 467 | com.foundit |
| 468 | gov.irs |
| 469 | com.freepik |
| 470 | com.com |
| 471 | com.msnbc |
| 472 | com.gigaom |

| | |
|---|---|
| 473 | com.dell |
| 474 | com.tandfonline |
| 475 | businessweek/com.bloomberg |
| 476 | gov.epa |
| 477 | com.nymag |
| 478 | edu.hbs |
| 479 | edu.caltech |
| 480 | com.underconsideration |
| 481 | com.semrush |
| 482 | com.popsci |
| 483 | com.howstuffworks |
| 484 | gov.hhs |
| 485 | com.usnews |
| 486 | com.wixstatic |
| 487 | org.fao |
| 488 | tv.periscope |
| 489 | com.500px |
| 490 | com.instructables |
| 491 | org.filezilla-project |
| 492 | com.codecademy |
| 493 | analytics/about/com.google.marketingplatform |
| 494 | com.warnerbros |
| 495 | site.cargo |
| 496 | com.canva |
| 497 | com.uservoice |
| 498 | com.insiderpages |
| 499 | com.space |
| 500 | gov.arts |
| 501 | com.fedex |
| 502 | com.forrester |
| 503 | org.pnas |
| 504 | com.ssrn |
| 505 | org.iana |
| 506 | imgbb.com |
| 507 | edu.rutgers |
| 508 | com.fontawesome |
| 509 | edu.osu |
| 510 | gov.archives |
| 511 | org.hrw |
| 512 | com.ecwid |
| 513 | org.wikibooks |
| 514 | com.strava |
| 515 | org.archive.purl |

| | |
|---|---|
| 516 | com.matterport |
| 517 | org.telegram |
| 518 | com.alexa |
| 519 | net.leadpages |
| 520 | com.proofpoint |
| 521 | edu.uark |
| 522 | com.designobserver |
| 523 | org.bitbucket |
| 524 | com.atlassian |
| 525 | com.zynga |
| 526 | com.kudzu |
| 527 | me.websta |
| 528 | com.youtube-nocookie |
| 529 | com.digitaltrends |
| 530 | com.what3words |
| 531 | edu.uah |
| 532 | dev.react |
| 533 | com.capsulink |
| 534 | edu.uchicago |
| 535 | com.bostonglobe |
| 536 | com.urbandictionary |
| 537 | com.bigcommerce |
| 538 | com.caniuse |
| 539 | com.stripe |
| 540 | com.microsoft.learn |
| 541 | com.gettyimages |
| 542 | com.adobe.business |
| 543 | com.norton |
| 544 | com.chicagotribune |
| 545 | com.crunchbase |
| 546 | com.sharethis |
| 547 | com.diigo |
| 548 | com.ubuntu |
| 549 | com.unity |
| 550 | gov.dataprivacyframework |
| 551 | com.techtarget |
| 552 | com.getpocket |
| 553 | com.optimizely |
| 554 | org.freecodecamp |
| 555 | org.tensorflow |
| 556 | com.buffer |
| 557 | com.netlify |
| 558 | com.nvidia |

| 559 | net.azurewebsites |
| 560 | it.scoop |
| 561 | com.indeed |
| 562 | ms.1drv |
| 563 | com.hostgator |
| 564 | com.trendmicro |
| 565 | com.computerworld |
| 566 | com.pearltrees |
| 567 | com.mediafire |
| 568 | com.healthline |
| 569 | com.bustle |
| 570 | com.icloud |
| 571 | org.d3js |
| 572 | com.panoramio |
| 573 | com.adjust |
| 574 | com.mapbox |
| 575 | gov.wa |
| 576 | edu.brookings |
| 577 | com.dw |
| 578 | com.medicalnewstoday |
| 579 | com.sas |
| 580 | com.cio |
| 581 | co.elastic |
| 582 | edu.iastate |
| 583 | org.edublogs |
| 584 | com.mathworks |
| 585 | gov.michigan |
| 586 | li.paper.goodbye |
| 587 | com.dummies |
| 588 | com.unpkg |
| 589 | com.searchenginejournal |
| 590 | com.searchenginewatch |
| 591 | com.livechat |
| 592 | com.elsevier |
| 593 | com.activecampaign |
| 594 | com.jigsy |
| 595 | gov.mn |
| 596 | com.google.firebase |
| 597 | com.convinceandconvert |
| 598 | us.fl.state |
| 599 | org.emojipedia |
| 600 | net.facebook |
| 601 | gov.transportation |

| 602 | gov.kentucky |
| 603 | com.wordstream |
| 604 | com.convertkit |
| 605 | gov.maryland |
| 606 | com.kodeco |
| 607 | com.contentmarketinginstitute |
| 608 | us.pa.state |
| 609 | com.wayfair |
| 610 | gov.oregon |
| 611 | com.brandyourself |
| 612 | com.quicksprout |
| 613 | org.ap |
| 614 | com.siemens |
| 615 | edu.si |
| 616 | com.lego |
| 617 | org.edx |
| 618 | com.oregonlive |
| 619 | com.wpengine |
| 620 | com.slides |
| 621 | com.addtoany |
| 622 | org.allaboutcookies |
| 623 | org.change |
| 624 | org.unep |
| 625 | com.itv |
| 626 | org.pewresearch |
| 627 | org.plos |
| 628 | com.coca-colacompany |
| 629 | gov.congress |
| 630 | org.acs |
| 631 | edu.duke |
| 632 | com.reverbnation |
| 633 | com.bankofamerica |
| 634 | org.apa |
| 635 | com.kinja |
| 636 | com.epsilon |
| 637 | org.bitcoin |
| 638 | com.livescience |
| 639 | org.biorxiv |
| 640 | com.colourlovers |
| 641 | com.thedrum |
| 642 | com.seattletimes |
| 643 | org.rsc |
| 644 | int.unfccc |

| | |
|---|---|
| 645 | com.autoblog |
| 646 | com.channel4 |
| 647 | com.photoshelter |
| 648 | edu.miami.welcome |
| 649 | com.smore |
| 650 | com.smashwords |
| 651 | com.gawker |
| 652 | org.hrc |
| 653 | com.discovermagazine |
| 654 | com.pbworks |
| 655 | com.treehugger |
| 656 | com.brainyquote |
| 657 | org.heart |
| 658 | org.sciencenews |
| 659 | com.alchemer |
| 660 | org.ohchr |
| 661 | com.nationalreview |
| 662 | com.gucci |
| 663 | org.bitcointalk |
| 664 | com.startribune |
| 665 | edu.udel |
| 666 | org.ilo |
| 667 | com.gitlab.about |
| 668 | org.peta |
| 669 | com.teenvogue |
| 670 | com.upi |
| 671 | com.shell |
| 672 | com.tomsguide |
| 673 | com.towardsdatascience |
| 674 | com.dailykos |
| 675 | com.oprah |
| 676 | com.shareholder |
| 677 | com.hsbc |
| 678 | net.convio |
| 679 | org.project-syndicate |
| 680 | com.cognitoforms |
| 681 | link.page |
| 682 | com.upworthy |
| 683 | io.readthedocs.about |
| 684 | com.amd |
| 685 | gle.forms |
| 686 | com.docker |
| 687 | edu.asu |

| 688 | com.wolfram |
|-----|-------------|
| 689 | org.debian |
| 690 | com.armorgames |
| 691 | com.opendns |
| 692 | org.archlinux |
| 693 | com.podbean |
| 694 | com.citrix |
| 695 | com.bloglovin |
| 696 | com.serving-sys |
| 697 | gov.dhs |
| 698 | com.britannica |
| 699 | com.authorstream |
| 700 | com.lulu |
| 701 | co.ello |
| 702 | org.haskell |
| 703 | com.shutterfly |
| 704 | co.electrek |
| 705 | com.vercel |
| 706 | gov.weather |
| 707 | edu.emory |
| 708 | edu.iu |
| 709 | com.brightcove |
| 710 | com.wattpad |
| 711 | org.c-span |
| 712 | sh.surge |
| 713 | com.rsa |
| 714 | gov.ahrq |
| 715 | gov.faa |
| 716 | net.earthlink |
| 717 | com.cleantechnica |
| 718 | io.shields |
| 719 | org.neocities |
| 720 | com.care2 |
| 721 | com.snopes |
| 722 | com.iflscience |
| 723 | org.pypi |
| 724 | org.churchofjesuschrist |
| 725 | com.minds |
| 726 | com.mixpanel |
| 727 | com.name |
| 728 | org.tvtropes |
| 729 | de.dw |
| 730 | gov.pa |

| | |
|---|---|
| 731 | com.exxonmobil.corporate |
| 732 | net.clickbank |
| 733 | com.box |
| 734 | com.impactplus |
| 735 | com.smallbiztrends |
| 736 | co.leadpages |
| 737 | com.googlegroups |
| 738 | com.thumbtack |
| 739 | com.ewtn |
| 740 | com.kaggle |
| 741 | com.thecut |
| 742 | net.organicfacts |
| 743 | com.mindbodygreen |
| 744 | net.furaffinity |
| 745 | crashlytics/products/com.google.firebase |
| 746 | com.toptal |
| 747 | com.doctoroz |
| 748 | com.thoughtworks |
| 749 | com.carto |
| 750 | com.grammarly |
| 751 | org.sqlite |
| 752 | com.instapaper |
| 753 | gov.louisiana |
| 754 | com.politifact |
| 755 | com.ogilvy |
| 756 | com.kvue |
| 757 | gov.wi |
| 758 | com.stamen |
| 759 | com.csoonline |
| 760 | com.coschedule |
| 761 | com.writersdigest |
| 762 | google.ai |
| 763 | com.auth |
| 764 | com.netlify.app |
| 765 | edu.dukeupress |
| 766 | com.ingress |
| 767 | com.king5 |
| 768 | com.nngroup |
| 769 | io.prototypr |
| 770 | com.ibtimes |
| 771 | com.microsoft.visualstudio |
| 772 | me.t |
| 773 | com.newyorker |

| 774 | com.ign.sea |
|-----|-------------|
| 775 | com.youradchoices |
| 776 | com.amazon-adsystem |
| 777 | com.thehill |
| 778 | com.yimg |
| 779 | com.hm |
| 780 | ly.visual |
| 781 | com.geekwire |
| 782 | org.slashdot |
| 783 | com.bt |
| 784 | com.today |
| 785 | com.globenewswire |
| 786 | com.newsweek |
| 787 | blog.home |
| 788 | com.outbrain |
| 789 | com.sfchronicle |
| 790 | com.scorecardresearch |
| 791 | com.avg |
| 792 | com.dailydot |
| 793 | com.foxbusiness |
| 794 | com.uniqlo |
| 795 | com.trustpilot |
| 796 | com.motherjones |
| 797 | org.openoffice |
| 798 | com.contently |
| 799 | org.wnyc |
| 800 | com.whatsapp.api |
| 801 | io.soup |
| 802 | com.secondlife |
| 803 | com.zara |
| 804 | com.thenation |
| 805 | com.aliyuncs |
| 806 | com.amcharts |
| 807 | com.indiewire |
| 808 | com.zoominfo |
| 809 | com.csmonitor |
| 810 | org.unfpa |
| 811 | com.cinemablend |
| 812 | com.wral |
| 813 | com.weddingwire |
| 814 | com.harpercollins |
| 815 | com.sendpulse |
| 816 | com.mailjet |

| 817 | org.ocks.bost |
|-----|---------------|
| 818 | com.format |
| 819 | com.mediapost |
| 820 | com.st-hatena |
| 821 | com.theknot |
| 822 | com.jeffbullas |
| 823 | com.biography |
| 824 | com.louisvuitton |
| 825 | com.mango.shop |
| 826 | com.eater |
| 827 | edu.scad |
| 828 | org.mathjax |
| 829 | com.dexknows |
| 830 | google.design |
| 831 | com.psmag |
| 832 | com.yahooinc.advertising |
| 833 | org.travelblog |
| 834 | com.tommy.us |
| 835 | com.kinsta |
| 836 | com.datarobot |
| 837 | net.brightcove |
| 838 | com.theminimalists |
| 839 | org.phys |
| 840 | org.greenpeace |
| 841 | com.bluehost |
| 842 | com.web |
| 843 | com.herokuapp |
| 844 | com.automattic |
| 845 | com.aspnetcdn |
| 846 | com.sprinklr |
| 847 | it.clyp |
| 848 | com.instapage |
| 849 | com.cmswire |
| 850 | com.vendio |
| 851 | net.openreview |
| 852 | org.opensource |
| 853 | com.oup.corp |
| 854 | com.investopedia |
| 855 | org.semver |
| 856 | com.sagepub.us |
| 857 | edu.virginia |
| 858 | gov.house |
| 859 | org.unicef |

| 860 | com.patreon |
| 861 | com.criteo |
| 862 | org.wiktionary |
| 863 | edu.msu |
| 864 | com.history |
| 865 | com.calendly |
| 866 | com.smithsonianmag |
| 867 | com.theglobeandmail |
| 868 | com.apnews |
| 869 | com.wizards.company |
| 870 | com.nabble |
| 871 | gov.cia |
| 872 | com.akamai |
| 873 | com.proboards |
| 874 | org.jstor |
| 875 | com.thelancet |
| 876 | com.jamanetwork |
| 877 | org.wikiquote |
| 878 | com.knowyourmeme |
| 879 | com.buzzfeednews |
| 880 | edu.byu |
| 881 | com.voanews |
| 882 | com.sky |
| 883 | com.nydailynews |
| 884 | gov.bls |
| 885 | com.imgix |
| 886 | com.axios |
| 887 | com.straitstimes |
| 888 | com.reference |
| 889 | gov.va |
| 890 | org.wikisource |
| 891 | mil.army |
| 892 | com.technorati |
| 893 | com.oup.languages |
| 894 | edu.unl |
| 895 | org.fas |
| 896 | com.disneyadvertising |
| 897 | info.webry |
| 898 | gov.uscourts |
| 899 | com.wsimg.img4 |
| 900 | com.washingtontimes |
| 901 | com.webnode |
| 902 | com.patheos |

| 903 | gov.supremecourt |
|-----|------------------|
| 904 | gov.sba |
| 905 | org.csis |
| 906 | com.kobo |
| 907 | edu.wustl |
| 908 | com.dictionary |
| 909 | org.worldcat.search |
| 910 | me.line |
| 911 | com.techradar |
| 912 | org.linuxfoundation |
| 913 | com.steamcommunity |
| 914 | com.netdna-ssl |
| 915 | edu.umn |
| 916 | com.mercurynews |
| 917 | net.speedtest |
| 918 | com.rottentomatoes |
| 919 | com.deadline |
| 920 | org.aclu |
| 921 | com.newscientist |
| 922 | org.openstreetmap |
| 923 | edu.bu |
| 924 | com.qualtrics |
| 925 | org.semanticscholar |
| 926 | us.zoom |
| 927 | com.salon |
| 928 | org.oecd |
| 929 | ee.linktr |
| 930 | com.openai |
| 931 | org.torproject |
| 932 | com.statcounter |
| 933 | com.thedailybeast |
| 934 | com.buzzsprout |
| 935 | com.aweber |
| 936 | edu.nyu |
| 937 | com.zapier |
| 938 | com.ifttt |
| 939 | com.stitcher |
| 940 | org.imf |
| 941 | org.poynter |
| 942 | com.nola |
| 943 | edu.gmu |
| 944 | app.netlify |
| 945 | com.rollingstone |

| | |
|---|---|
| 946 | ly.cutt |
| 947 | com.ggpht |
| 948 | com.arcgis |
| 949 | com.typeform |
| 950 | com.wistia |
| 951 | com.nasdaq |
| 952 | com.filesusr |
| 953 | com.pastebin |
| 954 | com.cloudinary |
| 955 | org.mitre |
| 956 | com.freep |
| 957 | com.walmart |
| 958 | net.typekit |
| 959 | gov.treasury |
| 960 | net.azureedge |
| 961 | com.tiktok |
| 962 | com.socialmediatoday |
| 963 | com.thecvf |
| 964 | com.readthedocs.about |
| 965 | com.spreaker |
| 966 | org.undp |
| 967 | cc.exdesign |
| 968 | org.wto |
| 969 | org.rfc-editor |
| 970 | com.penguinrandomhouse |
| 971 | com.producthunt |
| 972 | net.java |
| 973 | io.pypa |
| 974 | com.martinfowler |
| 975 | net.themeforest |
| 976 | edu.ufl |
| 977 | com.oversightboard |
| 978 | org.nypl |
| 979 | org.wfp |
| 980 | hosting/products/com.google.firebase |
| 981 | org.unhcr |
| 982 | org.propublica |
| 983 | org.cambridge |
| 984 | io.polyfill |
| 985 | edu.umd |
| 986 | com.scmp |
| 987 | com.xing |
| 988 | org.pydata |

| | |
|---|---|
| 989 | com.over-blog |
| 990 | org.threejs |
| 991 | com.aljazeera |
| 992 | com.bmj |
| 993 | com.ssl-images-amazon |
| 994 | com.theconversation |
| 995 | edu.ucsc |
| 996 | com.skyrock |
| 997 | org.aboutcookies |
| 998 | com.esri |
| 999 | com.insider |
| 1000 | edu.oregonstate |
| 1001 | int.wipo |
| 1002 | edu.ucsb |
| 1003 | com.pbase |
| 1004 | com.licdn |
| 1005 | com.gallup |
| 1006 | com.rackcdn |
| 1007 | edu.uvm |
| 1008 | com.thestar |
| 1009 | org.worldwildlife |
| 1010 | com.workplace |
| 1011 | com.invisionapp |
| 1012 | com.youronlinechoices |
| 1013 | com.instructure |
| 1014 | org.uxplanet |
| 1015 | gov.usembassy |
| 1016 | com.netvibes |
| 1017 | com.rebrandly |
| 1018 | org.doctorswithoutborders |
| 1019 | org.accessnow |
| 1020 | com.viki |
| 1021 | co.carrd |
| 1022 | org.rsf |
| 1023 | com.france24 |
| 1024 | com.laweekly |
| 1025 | org.scala-lang |
| 1026 | com.digitalocean |
| 1027 | com.refinery29 |
| 1028 | net.secureservercdn |
| 1029 | org.unwomen |
| 1030 | com.fineartamerica |
| 1031 | edu.usf |

| 1032 | net.datatables |
| 1033 | com.iubenda |
| 1034 | com.adnxs |
| 1035 | org.gentoo |
| 1036 | com.superuser |
| 1037 | org.nobelprize |
| 1038 | org.transparency |
| 1039 | com.ew |
| 1040 | com.scribblelive |
| 1041 | org.js |
| 1042 | com.foreignpolicy |
| 1043 | org.democracynow |
| 1044 | com.spotify.podcasters |
| 1045 | com.elpais |
| 1046 | com.uk |
| 1047 | com.mdpi |
| 1048 | com.virustotal |
| 1049 | org.sphinx-doc |
| 1050 | com.rt |
| 1051 | gov.federalreserve |
| 1052 | com.jimdo |
| 1053 | com.jotform |
| 1054 | org.usenix |
| 1055 | com.usps |
| 1056 | com.iconfinder |
| 1057 | edu.tufts |
| 1058 | com.adroll |
| 1059 | int.itu |
| 1060 | net.ctfassets |
| 1061 | me.ogp |
| 1062 | com.lenovo |
| 1063 | com.thoughtco |
| 1064 | com.brave |
| 1065 | fm.last |
| 1066 | org.science |
| 1067 | com.alicdn |
| 1068 | com.webflow |
| 1069 | google.research |
| 1070 | org.postimages |
| 1071 | com.media-amazon |
| 1072 | gov.usa |
| 1073 | com.teachable |
| 1074 | com.dreamstime |

| 1075 | org.icrc |
|------|----------|
| 1076 | cc.arduino |
| 1077 | com.padlet |
| 1078 | edu.georgetown |
| 1079 | com.spotify |
| 1080 | com.outlook |
| 1081 | com.discord |
| 1082 | com.blogger |
| 1083 | gg.discord |
| 1084 | com.blogspot |