Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., et al., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>OPENAI LP, et al.<br><br>　　　　Defendants. | Civil Case No.: 3:23-cv-04557-VC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable Vince Chhabria |

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE

Case No. 3:23-cv-04557-VC

Pursuant to Civil Local Rule 6-1(a), Plaintiffs, Defendant Microsoft Corporation, and Defendants OpenAI LP; OpenAI Incorporated; OpenAI GP, LLC; OpenAI Startup Fund I, LP; OpenAI Startup Fund GP I, LLC; and OpenAI Startup Fund Management LLC (collectively, "OpenAI Defendants"), by and through their respective counsel, stipulate and respectfully request that the Court order as follows:

On September 5, 2023, Plaintiffs filed the original Complaint (Dkt. 1) against Microsoft and the OpenAI Defendants and on December 29, 2023, Plaintiffs filed the First Amended Complaint ("FAC") (Dkt. 45) against Microsoft and the OpenAI Defendants, which adds new allegations, claims, and plaintiffs;

The Parties agree to extend Microsoft's and the OpenAI Defendants' time to respond to the FAC to February 8, 2024 to give Microsoft and the OpenAI Defendants sufficient time to review the new allegations, claims, and plaintiffs;

The Parties agree that any opposition to any motions to dismiss will be due on March 7, 2024; any replies will be due March 28, 2024; and the hearing on any motions to dismiss will be scheduled on April 11, 2024;

The Parties agree that the initial case management conference ("CMC") will be scheduled for 15 days following the hearing on any motions to dismiss, on April 26, 2024;

The Parties have not sought any previous extensions of the deadline to respond to the FAC;

The Parties previously stipulated to an extension of Defendants' time to respond to the original Complaint (Dkt. 34) and the Court granted the Parties' stipulated requests to reschedule the initial CMC and further extend Defendants' time to respond to the original Complaint (Dkts. 37, 43); and

This extension will not alter the date of any event or deadline previously fixed by the Court other than those referenced above.

NOW THEREFORE, Plaintiffs, Microsoft, and the OpenAI Defendants hereby stipulate as follows, subject to the Court's approval:

1. Microsoft's and the OpenAI Defendants' time to respond to the FAC is extended to and including February 8, 2024;
2. Plaintiffs' opposition to any motion to dismiss will be due on March 7, 2024;
3. Microsoft's and the OpenAI Defendants' replies will be due on March 28, 2024;

2

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT
AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE

Case No. 3:23-cv-04557-VC

4. The hearing on any motions to dismiss will be on April 11, 2024; and

5. The initial CMC will be on April 26, 2024.

DATED: January 8, 2024                          Respectfully submitted,


By:   /s/ Isaac D. Chaput

Emily Johnson Henn (Bar No. 269482)
Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com
Email: kcahoy@cov.com

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Isaac D. Chaput (Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: ichaput@cov.com

*Attorneys for Defendant Microsoft Corporation*


COOLEY LLP

By:   /s/ Matthew D. Brown
        Matthew D. Brown

3

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT
AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE

Case No. 3:23-cv-04557-VC

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, and OPENAI STARTUP FUND MANAGEMENT LLC

MORGAN & MORGAN COMPLEX LITIGATION GROUP

By: /s/ Ryan J. McGee
    Ryan J. McGee (*pro hac vice*)

4

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE

Case No. 3:23-cv-04557-VC

**FILER'S ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

DATED: January 8, 2024

*/s/ Isaac D. Chaput*
Isaac D. Chaput

5

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT
AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE

Case No. 3:23-cv-04557-VC