UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., et al., individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>OPENAI LP, et al.<br><br>　　　Defendants. | Civil Case No.: 3:23-cv-04557-VC<br><br>**DECLARATION OF ISAAC D. CHAPUT IN SUPPORT OF STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable Vince Chhabria |

DECLARATION OF ISAAC D. CHAPUT IN SUPPORT OF STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE

Case No. 3:23-cv-04557-VC

# DECLARATION OF ISAAC D. CHAPUT

I, Isaac D. Chaput, declare and state as follows:

1. I am an attorney with the law firm Covington & Burling, LLP and represent Microsoft Corporation in the above-captioned case. The declaration is based on my personal knowledge. If called upon to do so, I could and would competently testify as follows.

2. I have conferred with counsel for Plaintiffs and Defendants OpenAI LP; OpenAI Incorporated; OpenAI GP, LLC; OpenAI Startup Fund I, LP; OpenAI Startup Fund GP I, LLC; and OpenAI Startup Fund Management LLC (collectively, "OpenAI Defendants"). Counsel for Plaintiffs and the OpenAI Defendants informed me they join in this stipulated request.

3. The Parties agree that good cause exists to modify the deadlines to respond to the First Amended Complaint, brief and hear any motions to dismiss, and hold an initial case management conference, as set forth in the Stipulation and Proposed Order to Extend Time for Defendants to Respond to First Amended Complaint and Conduct Initial Case Management Conference.

4. The Parties have not sought any previous extensions of the deadline to respond to the FAC. The Parties previously stipulated to an extension of Defendants' time to respond to the original Complaint (Dkt. 34) and the Court granted the Parties' stipulated requests to reschedule the initial CMC and further extend Defendants' time to respond to the original Complaint (Dkts. 37, 43).

5. The Parties' requested extension will not alter the date of any event or deadline previously fixed by the Court other than those referenced above.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on January 8, 2024.

By:     /s/ *Isaac D. Chaput*
              Isaac D. Chaput

2

DECLARATION OF ISAAC D. CHAPUT IN SUPPORT OF STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE

Case No. 3:23-cv-04557-VC