UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, et al.<br><br>Defendants. | Civil Case No.: 3:23-cv-04557-VC<br><br>**[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable Vince Chhabria |

Pursuant to the Parties' stipulation, the Court orders as follows:

1. Defendants' time to respond to the First Amended Complaint is extended to and including February 8, 2024;

2. Plaintiffs' opposition to any motion to dismiss will be due on March 7, 2024;

3. Defendants' replies will be due on March 28, 2024;

4. The hearing on any motions to dismiss is scheduled for April 11, 2024; and

5. The initial case management conference is scheduled for April 26, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

Hon. Vince Chhabria
United States District Judge

[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE

Case No. 3:23-cv-04557-VC