UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., et al., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OPENAI LP, et al.<br><br>　　　　Defendants. | Civil Case No.: 3:23-cv-04557-VC<br><br>**~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable Vince Chhabria |

　　Pursuant to the Parties' stipulation, the Court orders as follows:

　　1.　Defendants' time to respond to the First Amended Complaint is extended to and including February 8, 2024;

　　2.　Plaintiffs' opposition to any motion to dismiss will be due on March 7, 2024;

　　3.　Defendants' replies will be due on March 28, 2024;

　　4.　The hearing on any motions to dismiss is scheduled for April 11, 2024; and

　　5.　The initial case management conference is scheduled for April 26, 2024.

　　**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 9, 2024

_____
Hon. Vince Chhabria
United States District Judge

[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND CONDUCT INITIAL CASE MANAGEMENT CONFERENCE

Case No. 3:23-cv-04557-VC