COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961)
(msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone:    +1 310 883 6400
Facsimile:    +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:    +1 858 550-6000
Facsimile:    +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC,
OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I,
LLC and OPENAI STARTUP FUND MANAGEMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN COUSART; NICHOLAS GUILAK; PAUL MARTIN; BREONNA ROBERTS; CAROLINA BARCOS; JAIR PAZ; ALESSANDRO DE LA TORRE; VLADISSLAV VASSILEV; SEAN ALEXANDER JOHNSON; JENISE MCNEAL; N.B., a minor; LORENA MARTINEZ; JOHN HAGAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, | Case No. 3:23-cv-04557-VC<br><br>**JOINT ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS**<br><br>Judge Vince Chhabria<br>Date Action Filed: September 5, 2023<br>No Hearing Date pursuant to L.R. 7-11(c) |

LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,

    Defendants.

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiffs,[1] Defendants OpenAI LP,[2] OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC (collectively, the "OAI Defendants"), and Defendant Microsoft Corporation (collectively with Plaintiffs and the OAI Defendants, the "Parties"), by and through their respective attorneys of record, hereby move the Court for an order to enlarge the page limits in connection with the briefing related to OAI Defendants' forthcoming Motion to Dismiss the First Amended Class Action Complaint (the "OAI Motion").

The OAI Defendants' and Microsoft's motions to dismiss are due by February 8, 2024. (ECF No. 47.) The Court previously granted the Parties' request to enlarge the page limits as to briefing on the OAI Defendants' prior motion to dismiss—allowing 30 pages each for the OAI Defendants' opening motion and Plaintiffs' response brief and fifteen pages for the OAI Defendants' reply. (ECF No. 36.) The OAI Defendants seek to enlarge the limit for the OAI Motion to 35 pages, which is an additional 20 pages above the 15-page limit applicable under this Court's Standing Order. *See* Standing Order for Civil Cases Before Judge Vince Chhabria ¶ 35. The Complaint raises 11 claims on behalf of 13 named plaintiffs, spans 198 pages, and contains 765 paragraphs. (ECF No. 45.) Given these extensive allegations, the OAI Defendants require additional space to present their legal positions adequately and thoroughly. Microsoft intends to file a separate motion to dismiss, which may join in or incorporate by reference certain arguments made in the OAI Motion, but will avoid duplication of arguments made in the OAI Motion. The Parties do not seek enlargement of the page limits in connection with the briefing related to

---

[1] Plaintiffs are Marilyn Cousart, Nicholas Guilak, Paul Martin, Breonna Roberts, Carolina Barcos, Jair Paz, Alessandro De La Torre, Vladisslav Vassilev, Sean Alexander Johnson, Jenise McNeal, N.B., Lorena Martinez, and John Hagan.

[2] OpenAI LP is incorrectly named in the complaint; the entity is now referred to as OpenAI OpCo LLC.

Microsoft's motion to dismiss.[3]

For the same reasons, the Parties further seek to enlarge the limit for (1) any response brief to the OAI Motion filed by Plaintiffs from 15 pages to 35 pages and (2) for any reply brief in support of the OAI Motion from 10 pages to 20 pages. The requested page limit enlargements exclude the title page, table of contents, table of authorities, and any exhibits.

Counsel for all Parties have met and conferred, and all consent to and join this motion. The Parties respectfully submit that there is good cause to grant their request.

Dated: January 29, 2024　　　　　　　　　　COOLEY LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Bethany C. Lobo
　　　　　　　　　　　　　　　　　　　　　　　Bethany C. Lobo

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　OPENAI LP, OPENAI INCORPORATED,
　　　　　　　　　　　　　　　　　　　　OPENAI GP, LLC, OPENAI STARTUP
　　　　　　　　　　　　　　　　　　　　FUND I, LP, OPENAI STARTUP FUND GP I,
　　　　　　　　　　　　　　　　　　　　LLC and OPENAI STARTUP FUND
　　　　　　　　　　　　　　　　　　　　MANAGEMENT LLC

Dated: January 29, 2024　　　　　　　　　　COVINGTON & BURLING LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Isaac D. Chaput
　　　　　　　　　　　　　　　　　　　　　　　Isaac D. Chaput
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　MICROSOFT CORPORATION

Dated: January 29, 2024　　　　　　　　　　MORGAN & MORGAN COMPLEX
　　　　　　　　　　　　　　　　　　　　LITIGATION GROUP

　　　　　　　　　　　　　　　　　　　　By: /s/ Ryan J. McGee
　　　　　　　　　　　　　　　　　　　　　　　Ryan J. McGee

---

[3] Microsoft may move to compel arbitration as to certain Plaintiffs. Microsoft does not seek enlargement of the page limits in connection with any briefing on such a motion.

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

In accordance with Civil Local Rule 5-1(h)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: January 29, 2024            */s/ Bethany C. Lobo*
                                   Bethany C. Lobo