COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000    Facsimile:  +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961) (msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone:  +1 310 883 6400    Facsimile:  +1 310 883 6500

BARRETT J. ANDERSON (318539) (banderson@cooley.com)
NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:  +1 858 550-6000    Facsimile:  +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP,
OPENAI STARTUP FUND GP I, LLC and OPENAI STARTUP FUND MANAGEMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN COUSART; NICHOLAS GUILAK; PAUL MARTIN; BREONNA ROBERTS; CAROLINA BARCOS; JAIR PAZ; ALESSANDRO DE LA TORRE; VLADISSLAV VASSILEV; SEAN ALEXANDER JOHNSON; JENISE MCNEAL; N.B., a minor; LORENA MARTINEZ; JOHN HAGAN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-04557-VC<br><br>**DECLARATION OF BETHANY C. LOBO IN SUPPORT OF OPENAI DEFENDANTS' MOTION TO DISMISS**<br><br>Date: April 11, 2024<br>Time: 10:00 a.m.<br>Dept: Courtroom 4, 17th Floor<br>Judge:  Hon. Vince Chhabria<br><br>Date Action Filed: September 5, 2023<br>Trial Date:  None |

I, Bethany C. Lobo, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner with the law firm of Cooley LLP, counsel of record for Defendants OpenAI LP (now referred to as OpenAI OpCo LLC), OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC (collectively, the "OpenAI Defendants"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. On June 28, 2023, Plaintiffs' current counsel, the Clarkson Law Firm, filed a putative class action complaint, *P.M., et al. v. OpenAI LP, et al.*, No. 3:23-cv-03199 ("*P.M.* Action"), which was assigned to Judge Trina Thompson.

3. On September 5, 2023, when the *P.M.* Action had been pending in this District for nearly 10 weeks, the instant putative class action was filed by Plaintiffs' counsel Morgan & Morgan. *P.M.* Action, ECF No. 1; ECF No. 1. This action presents 11 of the same claims that appeared in the *P.M.* complaint, and the two complaints contain large swaths of identically worded allegations—i.e., the majority of the "Factual Background" paragraphs in the complaint in this case appear to be copied verbatim from the *P.M.* complaint. Both the *P.M.* complaint and the initial complaint in this case alleged that the OpenAI Defendants and Microsoft Corporation's "AI products . . . collect, store, track, share, and disclose Private Information of millions of users" in violation of various privacy and consumer protection laws, as well as advancing various common law claims. (*Compare* Compl. ¶ 16, ECF No. 1, *with P.M.* Compl. ¶ 16, *P.M.* Action, ECF No. 1 (identical allegations concerning nature of "AI Products" and alleged "user" information at issue).)

4. Despite the obvious relatedness of the two complaints, Plaintiffs in the instant action did not identify the *P.M.* action in their civil cover sheet, instead leaving Question VIII ("Related Case(s), If Any") blank. ECF No. 1-1 (highlighted version attached hereto as **Exhibit A**). Neither Plaintiffs' firm

filed the required administrative motion in the *P.M.* Action to consider whether the cases should be related pursuant to Civil Local Rule 3-12.

5. On September 14, 2023, the original Plaintiffs in this action declined to proceed before the U.S. Magistrate Judge to which this case was originally assigned, and this action was assigned to Judge Vince Chhabria. ECF Nos. 10, 12. The very next day, on September 15, 2023—and before the OpenAI Defendants were served with the complaint in this action—the Clarkson Law Firm voluntarily dismissed the *P.M.* Action. On September 18, 2023, Law360 reported that Plaintiffs' counsel in the *P.M.* Action stated the filing of this action could "only help further our cause." (Attached hereto as **Exhibit B** is a true and correct highlighted copy of the Law360 article quoting Plaintiffs' counsel.)

6. On December 29, 2023, Plaintiffs filed an Amended Complaint, which notably added the Clarkson Law Firm as Plaintiffs' counsel. The Amended Complaint also includes five plaintiffs originally named in the voluntarily dismissed *P.M.* Action.

7. Counsel for the OpenAI Defendants have asked Plaintiffs' counsel Morgan & Morgan for an explanation as to why they did not file an administrative motion to relate the cases pursuant to Civil Local Rule 3-12(b) when the instant action was filed, but they have provided no explanation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of February 2024, at San Francisco, California.

_____
Bethany C. Lobo