# Exhibit B



Portfolio Media. Inc. | 230 Park Avenue, 7th Floor | New York, NY 10169 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

## OpenAI Sees AI Privacy Class Claims Dropped

By **Matt Perez**

Law360 (September 18, 2023, 4:11 PM EDT) -- A proposed class in California federal court has dropped its suit accusing OpenAI of violating the copyrights and privacy of hundreds of millions of internet users to create ChatGPT and other artificial intelligence products.

After initially filing its complaint on **June 28**, the class — made up of 16 unnamed individuals — voluntarily dismissed the case without prejudice on Friday. The **filing** did not further elaborate on their reasons for dropping the suit.

The most recent docket item before Friday's dismissal was an order from U.S. District Judge Trina L. Thompson on Aug. 31 granting the defendants an extension of time to respond to the complaint. OpenAI had been due to file a response by Oct. 11 prior to the dismissal.

The complaint accused OpenAI of violating the copyrights and privacy of hundreds of millions of internet users to create ChatGPT and other artificial intelligence products, adding that its pursuit of profits could potentially come at the expense of the human race. It also targeted Microsoft Corp., which first partnered with OpenAI in 2016 and has since invested billions into the company.

"Without this unprecedented theft of private and copyrighted information belonging to real people, communicated to unique communities, for specific purposes, targeting specific audiences, the products would not be the multi-billion-dollar business they are today," the users said in their initial complaint in June.

Clarkson Law Firm PC, the public interest firm representing the class, is still involved in a similarly positioned class action against Google. The complaint, filed in California federal court in **July**, accuses the tech giant of "secretly stealing everything ever created and shared on the internet by hundreds of millions of Americans" to build its Bard artificial intelligence product as a means to pursue profits while "putting the world at peril with untested and volatile AI."

The complaint against OpenAI is part of a wave of concern from **consumer groups** and **government regulators** this past year, given the mass adoption of generative AI programs like ChatGPT since late last year.

"Our clients displayed great courage by being the first to raise the critical questions of privacy and property rights in the new AI economy, and the national dialogue and data revolt against BigAI," Clarkson Law Firm partner Tim Giordano told Law360 Pulse on Monday, adding that a class action lawsuit brought by Morgan and Morgan PA against OpenAI in **September** can "only help further our cause."

Counsel for OpenAI had no comment to share on the development.

The unnamed plaintiffs are represented by Ryan J. Clarkson, Yana Hart and Tracey Cowan of Clarkson Law Firm PC.

OpenAI is represented by Michael Graham Rhodes, Alexandra Mayhugh, Barrett James Anderson, Bethany Lobo, Harrison Park, Matthew Dean Brown and Maximilian Sladek de la Cal of Cooley LLP.

The case is P.M. et al. v. OpenAI LP et al., case number 3:23-cv-03199, in the U.S. District Court for the Northern District of California.

--Additional reporting by Lauren Berg. Editing by Scott Russell.

All Content © 2003-2024, Portfolio Media, Inc.