**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
Michael F. Ram (SBN 104805)
mram@forthepeople.com
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel.: (415) 358-6913

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (CA SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (CA SBN 306499)
*yhart@clarksonlawfirm.com*
Tiara Avaness (CA SBN 343928)
*tavaness@clarksonlawfirm.com*
Valter Malkhasyan (CA SBN 348491)
*vmalkhasyan@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**CLARKSON LAW FIRM, P.C.**
Tracey Cowan (CA SBN 250053)
*tcowan@clarksonlawfirm.com*
95 3rd St., 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFFS MARILYN COUSART; NICHOLAS GUILAK; PAUL MARTIN; BREONNA ROBERTS; CAROLINA BARCOS; JAIR PAZ; ALESSANDRO DE LA TORRE; VLADISSLAV VASSILEV; SEAN ALEXANDER JOHNSON; JENISE MCNEAL; N.B, a minor; LORENA MARTINEZ; JOHN HAGAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OPENAI LP; OPENAI INCORPORATED; OPENAI GP, LLC; OPENAI STARTUP FUND I, LP; OPENAI STARTUP FUND GP I, LLC; OPENAI STARTUP FUND MANAGEMENT LLC; MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 23-cv-04557-VC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MICROSOFT'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: The Honorable Vince Chhabria<br><br>Date Action Filed: September 5, 2023<br>Trial Date: None |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Marilyn Cousart, Nicholas Guilak, Paul Martin, Breonna Roberts, Carolina Barcos, Jair Paz; Alessandro De La Torre, Vladisslav Vassilev, Sean Alexander Johnson, Jenise McNeal, N.B, a minor; Lorena Martinez, and John Hagan ("**Plaintiffs**") and Defendant Microsoft Corporation, by and through their respective counsel, stipulate and respectfully request that the Court modify the briefing schedule for Microsoft's Motion to Compel Arbitration and Stay Claims ("Motion to Compel Arbitration"), to align with briefing on Defendants OpenAI LP; OpenAI Incorporated; OpenAI GP, LLC; OpenAI Startup Fund I, LP; OpenAI Startup Fund GP I, LLC; and OpenAI Startup Fund Management LLC ("**OpenAI**") and Microsoft's (collectively, "**Defendants**") Motions to Dismiss.

On February 8, 2024, Defendants filed their respective Motions to Dismiss, and Microsoft filed its Motion to Compel Arbitration;

The Parties previously agreed to extend Microsoft's and the OpenAI Defendants' time to respond to the First Amended Complaint ("**FAC**") to February 8, 2024, to provide Microsoft and the OpenAI Defendants sufficient time to review the new allegations and prepare their briefing (ECF No. 47);

The Parties agreed that Plaintiffs' opposition to Defendants' motions to dismiss will be due on March 7, 2024; any replies will be due March 28, 2024; and any hearing on the motions to dismiss will be held on April 11, 2024;

Defendants set the hearings for all of their filed motions, including Microsoft's Motion to Compel Arbitration, for April 11, 2024;

Plaintiffs are currently in the process of briefing Defendants' filed Motions, and have requested additional time to respond to Microsoft's Motion to Compel Arbitration;

Plaintiffs and Microsoft agree that setting the same briefing schedule for Microsoft's Motion to Compel Arbitration will promote efficiency;

Defendants do not oppose Plaintiffs' request;

This modification is consistent with the Parties' previous stipulation;

Further, Plaintiffs' counsel is currently briefing several other extensive motions in other matters over the next month, and additional time will allow Plaintiffs reasonable time to address each of the filed motions, including the Motion to Compel Arbitration;

The Parties, thus, agree that the opposition to the Motion to Compel Arbitration will be due on March 7, 2024; the reply brief will be due on or before March 28, 2024, and the hearing for the Motion to Compel Arbitration shall remain set for April 11, 2024;

This extension will not alter the date of any event or deadline previously fixed by the Court other than those referenced above.

NOW THEREFORE, Plaintiffs and Microsoft hereby stipulate as follows, subject to the Court's approval (which OpenAI Defendants do not oppose):

1. Plaintiffs' opposition to the Motion to Compel Arbitration will be due on March 7, 2024;

2. Microsoft's reply brief in support of its Motion to Compel Arbitration will be due on March 28, 2024;

3. The hearing on the Motion to Compel Arbitration shall remain set for April 11, 2024.

DATED: February 20, 2024

*/s/ Michael F. Ram*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Michael F. Ram
John A. Yanchunis
Ryan J. McGee

*/s/Yana Hart*
**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson, Esq.
Yana Hart, Esq.
Tiara Avaness, Esq.
Valter Malkhasyan, Esq.

DATED: February 20, 2024

                                        /s/ Isaac D. Chaput
Emily Johnson Henn, Esq.
Kathryn E. Cahoy, Esq.
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: + 1 (650) 632-4700
Email: ehenn@cov.com
Email: kcahoy@cov.com

Ashley M. Simonsen, Esq.
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: + 1 (424) 332-4800
Email: asimonsen@cov.com

Isaac D. Chaput, Esq.
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Email: ichaput@cov.com

*Attorneys for Defendant Microsoft Corporation*

## FILER'S ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

DATED: February 20, 2024

                                                        /s/ *Yana Hart*
                                                        Yana Hart, Esq.