COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (mbrown@cooley.com)
BETHANY C. LOBO (248109) (blobo@cooley.com)
HARRISON B. PARK (347839) (hpark@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

ALEXANDRA R. MAYHUGH (300446) (amayhugh@cooley.com)
MAXIMILIAN SLADEK DE LA CAL (324961) (msladekdelacal@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, California 90401-4100
Telephone:    +1 310 883 6400
Facsimile:    +1 310 883 6500

NACHI A. BARU (345978) (nbaru@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:    +1 858 550-6000
Facsimile:    +1 858 550-6420

Attorneys for Defendants
OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC,
OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I,
LLC and OPENAI STARTUP FUND MANAGEMENT LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| PLAINTIFFS MARILYN COUSART; NICHOLAS GUILAK; PAUL MARTIN; BREONNA ROBERTS; CAROLINA BARCOS; JAIR PAZ; ALESSANDRO DE LA TORRE; VLADISSLAV VASSILEV; SEAN ALEXANDER JOHNSON; JENISE MCNEAL; N.B., a minor; LORENA MARTINEZ; JOHN HAGAN, individually, and on behalf of all others similarly situated, | Case No. 3:23-cv-04557-VC |
| Plaintiffs, | **OPENAI DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | Judge Vince Chhabria |
| OPENAI LP, OPENAI INCORPORATED, OPENAI GP, LLC, OPENAI STARTUP FUND I, LP, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND MANAGEMENT LLC, MICROSOFT CORPORATION and DOES 1 through 20, inclusive, | Date Action Filed: September 5, 2023 |
| Defendants. | |

Pursuant to Civil Local Rule 3-12, Defendants OpenAI LP, OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management LLC (collectively, the "OpenAI Defendants") hereby file this Administrative Motion to Consider Whether Cases Should be Related.

Under Local Rule 3-12(a), an action is considered related to another when "the actions concern substantially the same parties, property, transaction, or event," and it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  The OpenAI Defendants have learned that a related action was recently filed in this District, *A.S. v. OpenAI LP, et al.*, Case No. 3:24-cv-01190-AGT (the "*A.S.* Action").

The complaint in the *A.S.* Action was filed on February 27, 2024.  *A.S.* Action, ECF No. 1.[1] For the Court's reference, the *A.S.* complaint is attached as **Exhibit A**.  The *A.S.* complaint advances substantially the same allegations and putative class action claims against the OpenAI Defendants and Defendant Microsoft Corporation as the First Amended Class Action Complaint (ECF No. 45, "Am. Compl.").  Indeed, the *A.S.* complaint appears to have copied verbatim a majority of the original complaint filed in this case (ECF No. 1).  Attached as **Exhibit B** is a redline comparison of the original complaint in this action and the *A.S.* complaint.  In sum, the cases are substantially similar in the following ways:

- The *A.S.* Action names the exact same defendants as in this Action: the OpenAI Defendants and Microsoft.

- Plaintiff in the *A.S.* Action similarly alleges that she is an Internet and ChatGPT and user and asserts claims on behalf of herself and others, including multiple putative

[1] As of the time of this filing, the OpenAI Defendants have not been served with the *A.S.* complaint.

nationwide classes and state-specific subclasses.  *Compare* Am. Compl. ¶ 525 *with* Ex. A ¶ 232.

- Both actions arise from the same set of underlying allegations regarding alleged "scraping" of content from the Internet in developing artificial intelligence products. *Compare* Am. Compl. ¶¶ 3-8 *with* Ex. A ¶¶ 3-8.

- The *A.S.* complaint asserts seven of the same causes of action as the First Amended Class Action Complaint, specifically claims under the federal Electronic Communications Privacy Act, under California state law for violations of the California Invasion of Privacy Act and Unfair Competition Law, and for negligence, invasion of privacy, conversion, and unjust enrichment.  *Compare* Am. Compl. ¶¶ 548-596, 597-643 (paragraphs mis-numbered twice), 644-713, 727-765 *with* Ex. A ¶¶ 254-302, 313-358, 359-429, 458-472.

Recognizing the substantial overlap in the two actions, plaintiff in the *A.S.* Action identified the instant case as a "Related Case" on the filed JS-CAND 44 civil cover sheet.  *See A.S.* Action, ECF No. 1-1.

Given the substantial overlap between the two actions—including numerous identical causes of action and underlying allegations—both judicial economy and party resources would be best served by assignment to a single District Judge.  It would be inefficient and burdensome for different judges to separately evaluate and address identical or nearly identical issues arising out nearly identical factual allegations and legal claims against the same Defendants.  In addition, relating the actions will avoid the risk of potentially inconsistent rulings and results.

For the reasons herein, the OpenAI Defendants respectfully request that the Court find that this action and the *A.S.* Action are related cases and direct the Clerk to reassign the *A.S.* Action to this Court.

Prior to the filing of this motion, counsel for the OpenAI Defendants contacted counsel for Plaintiffs in this action asking if they would join in the motion; the OpenAI Defendants received no response.  Counsel for Microsoft has indicated that Microsoft consents to this Motion.

The *A.S.* Action is currently assigned to Magistrate Judge Alex G. Tse.  Pursuant to Local Rule 3-12(b), the OpenAI Defendants are electronically serving a copy of this motion on plaintiff's counsel in the *A.S.* Action and will lodge a courtesy copy of the motion with Magistrate Judge Tse.

Dated: March 15, 2024                    COOLEY LLP


                                         By: */s/ Bethany C. Lobo*
                                              Bethany C. Lobo

                                         Attorneys for Defendants
                                         OPENAI LP, OPENAI INCORPORATED,
                                         OPENAI GP, LLC, OPENAI STARTUP
                                         FUND I, LP, OPENAI STARTUP FUND GP
                                         I, LLC and OPENAI STARTUP FUND
                                         MANAGEMENT LLC