UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN COUSART, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>OPENAI LP, et al.,<br><br>        Defendants. | Case No. 23-cv-04557-VC<br><br>**ORDER DENYING MOTION TO COMPEL ARBITRATION**<br><br>Re: Dkt. No. 52 |

Microsoft's Motion to Compel Arbitration is denied without prejudice. The plaintiffs' complaint contains a significant amount of irrelevant and distracting information, making it difficult to discern what conduct the plaintiffs are alleging Microsoft engaged in that gives rise to potential liability. *See* Dkt. No. 78. As a result, it is not clear whether the arbitration clause in the Microsoft Services Agreement would, in fact, cover the alleged conduct. Therefore, the motion to compel arbitration is denied without prejudice to Microsoft refiling it once the plaintiffs file an amended complaint.

**IT IS SO ORDERED.**

Dated: May 24, 2024

_____
VINCE CHHABRIA
United States District Judge