UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| A.T., et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>OPENAI LP, et al.<br><br>    Defendants. | Civil Case No.: 3:23-cv-04557-VC<br><br>**[PROPOSED] ORDER RE: DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (MOTION TO COMPEL ARBITRATION)**<br><br>Judge: The Honorable Vince Chhabria |

2

Upon consideration of Defendant Microsoft Corporation's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Pursuant to Civil Local Rule 79-5(f) regarding the Declaration of Suzanne Fogarty in Support of Microsoft's Motion to Compel Arbitration and Stay, IT IS HEREBY ORDERED that the Clerk shall file the following materials attached to the Motion in accord with the Court's rulings indicated below.

| Portions Designated | Designating Party | Ruling |
| --- | --- | --- |
| Email addresses in ¶ 7 | Plaintiffs | Granted |
| Email addresses in ¶ 8 | Plaintiffs | Granted |
| Email addresses in ¶ 9 | Plaintiffs | Granted |

**IT IS SO ORDERED.**

DATED:   May 24, 2024           By:_____
                                                               Hon. Vince Chhabria
                                                               United States District Judge
                                                               Northern District of California