**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
Michael F. Ram (SBN 104805)
*mram@forthepeople.com*
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Tel.: (415) 358-6913

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
John A. Yanchunis (*pro hac vice*)
*jyanchunis@forthepeople.com*
Ryan J. McGee (*pro hac vice*)
*rmcgee@forthepeople.com*
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tel.: (813) 223-5505

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Tiara Avaness (SBN 343928)
*tavaness@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**CLARKSON LAW FIRM, P.C.**
Tracey Cowan (CA SBN 250053)
*tcowan@clarksonlawfirm.com*
95 3rd St., 2nd Floor
San Francisco, CA 94103
Tel: (213) 788-4050

*Counsel for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN COUSART; NICHOLAS GUILAK; PAUL MARTIN; BREONNA ROBERTS; CAROLINA BARCOS; JAIR PAZ; ALESSANDRO DE LA TORRE; VLADISSLAV VASSILEV; SEAN ALEXANDER JOHNSON; JENISE MCNEAL; N.B, a minor; LORENA MARTINEZ; JOHN HAGAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OPENAI LP; OPENAI INCORPORATED; OPENAI GP, LLC; OPENAI STARTUP FUND I, LP; OPENAI STARTUP FUND GP I, LLC; OPENAI STARTUP FUND MANAGEMENT LLC; MICROSOFT CORPORATION and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:23-cv-04557-VC<br><br>**PLAINTIFFS' NOTICE OF INTENT NOT TO AMEND FIRST AMENDED COMPLAINT**<br><br>Hon. Vince Chhabria |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs Marilyn Cousart; Nicholas Guilak, Paul Martin, Breonna Roberts, Carolina Barcos, Jair Paz, Alessandro De La Torre, Vladisslav Vassilev, Sean Alexander Johnson, Jenise Mcneal, N.B, a minor, Lorena Martinez, and John Hagan ("**Plaintiffs**") do not intend to amend their complaint in this action ("**Notice**").

On May 24, 2024, the Court entered an Order (ECF No. 78) granting Defendants' OpenAI LP, OpenAI Incorporated, OpenAI GP, LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, OpenAI Startup Fund Management LLC, and Microsoft Corporation ("**Defendants**") Motions to Dismiss (ECF Nos. 50 and 53). In the Order, the Court provided Plaintiffs with leave to amend their complaint no later than June 14, 2024.

Plaintiffs submit this Notice of their intent not to file a second amended complaint, and respectfully request the Court to close this matter.

DATED: June 14, 2024                    **CLARKSON LAW FIRM, P.C.**

                                        */s/ Yana Hart*
                                        Yana Hart, Esq.
                                        *Counsel for Plaintiffs*