UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN COUSART, et al.,<br>      Plaintiffs,<br><br>v.<br><br>OPENAI LP, et al.,<br>      Defendants. | 23-cv-04557-VC<br><br>**JUDGMENT** |

Judgment is entered in accordance with the order granting defendants' motions to dismiss and the plaintiffs' notice not to amend their complaint. *See* Dkt. Nos. 78, 82. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 27, 2024

_____
VINCE CHHABRIA
United States District Judge